1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9    LOUIS CHARLES DANIELS,                    No. C 10-565 SI (pr)

10              Petitioner,                     **ORDER**

11       v.

12   ROBERT K. WONG, warden,

13              Respondent.
                                           /
14   _____

15

16        Respondent has moved to dismiss this action on the grounds that state court remedies

17   were not exhausted before the petition was filed and one of the claims is not for the violation of

18   the treaties, laws or Constitution of the United States.  The court now sets the following briefing

19   schedule for that motion:   No later than **November 19, 2010**, petitioner must file and serve on

20   respondent's counsel his opposition to the motion to dismiss.   No later than **December 10,**

21   **2010**, respondent must file and serve his reply, if any.

22        Petitioner has filed a motion for appointment of counsel.  A district court may appoint

23   counsel to represent a habeas petitioner whenever "the court determines that the interests of

24   justice so require and such person is financially unable to obtain representation." 18 U.S.C. §

25   3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court.

26   See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986).  Appointment is mandatory only

27   when the circumstances of a particular case indicate that appointed counsel is necessary to

28   prevent due process violations.  See id.  The interests of justice do not require appointment of

     counsel in this action.  The motion for appointment of counsel is DENIED.  (Docket # 3, # 6.)

United States District Court
For the Northern District of California

Petitioner's two in forma pauperis applications are DENIED.  (Docket # 4 and # 6.) Petitioner had paid the filing fee before he filed those application, so it was not necessary to be given leave to proceed in forma pauperis to avoid the filing fee.   Also, pauper status is unnecessary to facilitate appointment of counsel, because the court has declined to appoint counsel.

IT IS SO ORDERED.

DATED: October 25, 2010

_____
SUSAN ILLSTON
United States District Judge