UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CHARLES DANIELS, | No. C 10-565 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT K. WONG, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new petition after he exhausts state court remedies as to each claim contained in his new petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 11, 2011

_Susan Illston_
SUSAN ILLSTON
United States District Judge